**Dismissed and Opinion Filed March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00497-CV

**THE SCHOLARSHIP FOUNDATION OF ST. LOUIS, Appellant**

**V.**

**DEMETRIUS D.THOMAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-11-04683**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated July 3, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if it did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

120497F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE SCHOLARSHIP FOUNDATION OF
ST. LOUIS, Appellant

No. 05-12-00497-CV      V.

DEMETRIUS D.THOMAS, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. Dc-11-04683.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DEMETRIUS D.THOMAS recover his costs of this appeal from appellant THE SCHOLARSHIP FOUNDATION OF ST. LOUIS.

Judgment entered March 21, 2014

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

–3–